

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | | |
|---|---|---|---|
| LYNN PLEXICO, | | § | |
| | Plaintiff, | § | |
| | | § | |
| vs. | | § | CIVIL ACTION 0:18-2774-MGL |
| | | § | |
| WHITNEY SCOTT, | | § | |
| | Defendant. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND REMANDING THE CASE TO THE YORK COUNTY MAGISTRATE'S COURT

Plaintiff Lynn Plexico filed this landlord/tenant case against Defendant Whitney Scott in the

York County Magistrate's Court due to Scott's purported failure to pay rent. Scott subsequently

removed the action to this Court. Both Plexico and Whitney are self represented.

The matter is before the Court for review of the Report and Recommendation (Report) of the

United States Magistrate Judge suggesting this case be remanded to the York County Magistrate's

Court. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the

District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has

no presumptive weight. The responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on October 19, 2018. Neither party filed any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court this action is **REMANDED** to the York County Magistrate's Court.

**IT IS SO ORDERED**.

Signed this 28th day of November, 2018, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

\*\*\*\*\*

### NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.